**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MAYNOR REYES AVILA,                )
                                   )
              Petitioner,         )        No. 3:26-cv-01396
                                   )
              v.                  )        Chief Judge Cathy Bissoon
                                   )
LEONARD ODDO, et al.,              )
                                   )
              Respondents.        )

## <u>MEMORANDUM ORDER</u>

Pending before the Court is Petitioner Maynor Reyes Avila's Petition for Writ of Habeas Corpus (Doc. 1) (the "Petition" or "Pet."). Petitioner currently is an immigration detainee in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement, at the Moshannon Valley Processing Center in Philipsburg, Pennsylvania. Petitioner alleges an entry date into the United States in or around August, 2013, and that Petitioner has continuously resided in the United States since then. Petitioner was placed into immigration detention on or around June 29, 2026. There is no indication that Petitioner has any criminal convictions.

The Petition asserts that Petitioner is subject to discretionary detention pursuant to 8 U.S.C. § 1226(a) and not mandatory detention under § 1225(b)(2). Respondents oppose relief by relying upon decisions by the Courts of Appeals for the Fifth and Eighth Circuits to argue that mandatory detention is authorized under § 1225(b)(2)(A). The Court has considered and rejected Respondents' interpretation of § 1225(b)(2)(A), instead joining the Courts of Appeals for the Second, Sixth, Seventh, Ninth, Tenth and Eleventh Circuits in holding that this mandatory detention provision only applies to noncitizens apprehended upon entry into the country or shortly thereafter. *See, e.g.*, <u>Tejeda Perez v. Oddo</u>, No. 3:26-cv-00745, Order (Doc. 8), at 5

(W.D. Pa. May 28, 2026); *see also* <u>Barbosa da Cunha v. Freden</u>, 175 F.4th 61, 69, 74-75 (2d Cir.), *petition for cert. filed*, No. 26-104 (U.S. July 23, 2026); <u>Lopez-Campos v. Raycraft</u>, 175 F.4th 713, 721-24 (6th Cir.), *petition for cert. filed*, No. 25-1415 (U.S. June 24, 2026); <u>Cirrus Rojas v. Olson</u>, __ F.4th __, No. 25-3127, 2026 WL 2198315 (7th Cir. July 30, 2026); <u>Rodriguez Vazquez v. Bostock</u>, __ F.4th __, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026); <u>Santillan Quiroz v. Mullin</u>, 180 F.4th 1226, 1236-37 (10th Cir. 2026); <u>Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami</u>, 175 F.4th 1258, 1275-76 (11th Cir. 2026).

**AND NOW**, **IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent that it requests a bond hearing in accordance with 8 U.S.C. § 1226(a) and all related provisions of law.  Respondents are **ORDERED** to provide Petitioner with such a hearing, or release him, on or before September 4, 2026.  The petition is **DENIED** to the extent it requests any additional relief without prejudice to renewal.  **IT IS FURTHER ORDERED** that any motion for fees or costs shall be submitted on or before August 27, 2026, with responses, if any, due 14 days following that motion.

August 6, 2026

<u>s/Cathy Bissoon</u>
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):
    All Counsel of Record